UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ROGER TAYLOR,**

    **Plaintiff,**

v.                                            Case No.  8:05-cv-1632-T-30TGW

**THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

       The Court has been advised by Plaintiff's counsel Edward Doskey that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

       **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

       **DONE** and **ORDERED** in Tampa, Florida on January 30, 2006.

                                                                                    JAMES S. MOODY, JR.
                                                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2005\05-cv-1632.dismissal.wpd